

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6185

May 30, 2018

BY ECF
The Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

              Re: <u>Flores v. Stanford, et al.</u>, 18 Civ. 2468 (VB)(JCM)

Dear Judge Briccetti:

      This Office represents the named defendants in this action. As requested by the Court at the May 15, 2018 conference, I write to advise the Court that Plaintiff Carlos Flores has been granted parole and is expected to be released to parole supervision on or before July 2, 2018.

      We thank the Court for its consideration in this matter.

                                                      Respectfully submitted,

                                                      */s/Jeb Harben*
                                                      Assistant Attorney General

cc:     Plaintiffs' Counsel (Via ECF)