

**STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

Writer's Direct Dial: (212) 416-6185

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 11, 2019

BY ECF
The Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: <u>Flores v. Stanford, et al.</u>, 18 Civ. 2468 (VB)(JCM)

Dear Judge Briccetti:

This Office represents the named defendants in this action.

Late in the evening of July 3, 2019, Plaintiffs' counsel wrote the Court seeking to supplement their briefing by referencing a recent Supreme Court decision. Due to other matters and the Fourth of July Holiday, I have not been able to respond. I therefore respectfully request until July 19, 2019 to do so.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/Jeb Harben*
Assistant Attorney General

cc: Plaintiffs' Counsel (Via ECF)

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 7/11/2019
White Plains, NY

28 Liberty Street, New York, New York 10005 • Tel.: (212) 416-8610 • Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov