UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROLOS FLORES et al.,
          Plaintiffs,

v.

TINA M. STANFORD, as Chairwoman of the
New York State Board of Parole et al.,
          Defendants.
--------------------------------------------------------------x

**ORDER REGARDING SEALED DOCUMENTS**

18 CV 2468 (VB)

The Court having So Ordered the parties' Stipulation of Confidentiality and Protective Order, dated April 21, 2020, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: April 21, 2020
White Plains, NY

SO ORDERED:

_[signature]_
Vincent L. Briccetti
United States District Judge