

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

CARLOS FLORES, LAWRENCE BARTLEY, DEMETRIUS BENNETT, L'MANI DELIMA, EDGARDO LEBRON, ANTONIO ROMAN, DONTAE QUINONES and SHAROD LOGAN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

TINA M. STANFORD, as Chairwoman of the New York State Board of Parole; WALTER W. SMITH, as Commissioner of the New York State Board of Parole; JOSEPH P. CRANGLE, as Commissioner of the New York State Board of Parole; ELLEN E. ALEXANDER, as Commissioner of the New York State Board of Parole; MARC COPPOLA, as Commissioner of the New York State Board of Parole; TANA AGOSTINI, as Commissioner of the New York State Board of Parole; CHARLES DAVIS, as Commissioner of the New York State Board of Parole; ERIK BERLINER, as Commissioner of the New York State Board of Parole; OTIS CRUSE, as Commissioner of the New York State Board of Parole; TYECE DRAKE, as Commissioner of the New York State Board of Parole; CARYNE DEMOSTHENES, as Commissioner of the New York State Board of Parole; MICHAEL CORLEY, as Commissioner of the New York State Board of Parole; CHANWOO LEE, as Commissioner of the New York State Board of Parole; SHEILA SAMUELS, as Commissioner of the New York State Board of Parole; ELSIE SEGARRA, as Commissioner of the New York State Board of Parole; and CARLTON MITCHELL, as Commissioner of the New York State Board of Parole,

    Defendants.

------------------------------------------------------------------X

18-cv-2468(VB)(JCM)

**SUPPLEMENTAL STIPULATION OF CONFIDENTIALITY AND ~~PROPOSED~~ PROTECTIVE ORDER WITH NORTHPOINTE INC.**

WHEREAS, on March 9, 2020, Plaintiffs and Defendants agreed upon a Stipulation of Confidentiality and Proposed Protective Order, which permits them, in producing materials in the course of this action, to designate documents and information as Confidential or Highly Confidential Material subject to certain rights, protections, and constraints;

WHEREAS paragraph 23 of the Stipulation of Confidentiality and Proposed Protective Order provides that the parties may "separately negotiat[e] and agree[] in writing to the confidential treatment of documents not contemplated by" the Protective Order;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The parties agree that nonparty Northpointe Inc. ("Northpointe"), in producing materials in the course of this action may also designate documents and information as Confidential or Highly Confidential Material subject to the same rights, protections, and constraints as the parties' designations, as further supplemented by this agreement.

2. Northpointe's designations of Confidential Material may include documents and information that contain personal or financial information, including any information required to be redacted in public filings pursuant to Fed. R. Civ. P. 5.2; any information the disclosure of which would potentially violate state and federal privacy laws, rules, or regulations; and material containing proprietary business information or other non-public business information. Northpointe's designations of Highly Confidential Material may include sensitive, highly confidential, non-public information, consisting of trade secrets or other confidential commercial/proprietary business information, the disclosure of which may create a substantial risk of competitive or other business injury to Northpointe. The process for challenging Highly Confidential designations outlined in paragraph 6 of the Stipulation of Confidentiality and Protective Order shall apply to any Highly Confidential designations by Northpointe.

3. Unless provided by the Court or consented in writing by Northpointe, counsel may not provide a copy or allow a copy of any Northpointe-designated Confidential Material to be given to any Plaintiff. The parties will promptly notify Northpointe if the Court orders a copy of such Confidential Material to be given to a Plaintiff. Plaintiffs' and Defendants' counsel may

2

show and discuss Confidential Material with Plaintiffs or Defendants to the extent necessary to prepare for the litigation of this action.

4. Unless provided by the Court or consented in writing by Northpointe, counsel may not provide or show any Northpointe-designated Highly Confidential Material to Plaintiffs, or discuss any Northpointe-designated Highly Confidential Material with Plaintiffs. The parties will promptly notify Northpointe if the Court orders a copy of such Highly Confidential Material to be given to, shown to, or discussed with a Plaintiff.

5. A party that files any Northpointe-designated Confidential or Highly Confidential Material with the Court in this action must file those materials under seal and as otherwise provided in the Stipulation of Confidentiality and Protective Order—and will notify Northpointe of the filing within two (2) business days.

6. Any notices or materials required to be given to "adverse counsel" by the Stipulation of Confidentiality and Protective Order (*e.g.*, paragraphs 10 and 22) will be given to counsel for Northpointe when Confidential or Highly Confidential Material designated by Northpointe is concerned.

**SO STIPULATED AND AGREED:**

Dated: April ___, 2020

Cravath, Swaine & Moore LLP
Counsel for Plaintiffs

By: _____[signature]_____
Antony L. Ryan
Damaris Hernández
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
aryan@cravath.com
dhernandez@cravath.com

Dated: April ___, 2020

By: _____
Issa Kohler-Hausmann
127 Wall Street
New Haven, CT 06511
(347) 856-6376
Issa.kohler-hausmann@yale.edu

Dated: April ___, 2020

By: _____
Avery Gilbert
15 Shatzell Avenue
Rhinecliff, NY 12574
(845) 380-6265
avery@agilbertlaw.com

Dated: April ___, 2020

LETITIA JAMES
Attorney General, State of New York
Counsel for Defendants

By: _____
Jeb Harben
Deanna L. Collins
Assistant Attorneys General
28 Liberty Street, 18th Floor
New York, NY 10005
Tel: (212) 416-6185/8906
Jeb.Harben@ag.ny.gov
Deanna.Collins@ag.ny.gov

4

**SO STIPULATED AND AGREED**:

Dated: April ___, 2020                              Cravath, Swaine & Moore LLP
                                                    Counsel for Plaintiffs

                                            By:     _____
                                                    Antony L. Ryan
                                                    Damaris Hernández
                                                    Worldwide Plaza
                                                    825 Eighth Avenue
                                                    New York, NY 10019
                                                    Tel: (212) 474-1000
                                                    aryan@cravath.com
                                                    dhernandez@cravath.com

Dated: April 29, 2020                       By:     _____
                                                    Issa Kohler-Hausmann
                                                    127 Wall Street
                                                    New Haven, CT 06511
                                                    (347) 856-6376
                                                    Issa.kohler-hausmann@yale.edu

Dated: April ___, 2020                      By:     _____
                                                    Avery Gilbert
                                                    15 Shatzell Avenue
                                                    Rhinecliff, NY 12574
                                                    (845) 380-6265
                                                    avery@agilbertlaw.com

Dated: April ___, 2020                              LETITIA JAMES
                                                    Attorney General, State of New York
                                                    Counsel for Defendants

                                            By:     _____
                                                    Jeb Harben
                                                    Deanna L. Collins
                                                    Assistant Attorneys General
                                                    28 Liberty Street, 18th Floor
                                                    New York, NY 10005
                                                    Tel: (212) 416-6185/8906
                                                    Jeb.Harben@ag.ny.gov
                                                    Deanna.Collins@ag.ny.gov

4

**SO STIPULATED AND AGREED:**

Dated: April ___, 2020                          Cravath, Swaine & Moore LLP
                                                         Counsel for Plaintiffs

By: _____
Antony L. Ryan
Damaris Hernández
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
aryan@cravath.com
dhernandez@cravath.com

Dated: April ___, 2020            By: _____
Issa Kohler-Hausmann
127 Wall Street
New Haven, CT 06511
(347) 856-6376
Issa.kohler-hausmann@yale.edu

Dated: April 22, 2020            By: /s/ Avery Gilbert
Avery Gilbert
15 Shatzell Avenue
Rhinecliff, NY 12574
(845) 380-6265
avery@agilbertlaw.com

Dated: April ___, 2020                         LETITIA JAMES
                                                         Attorney General, State of New York
                                                         Counsel for Defendants

By: _____
Jeb Harben
Deanna L. Collins
Assistant Attorneys General
28 Liberty Street, 18th Floor
New York, NY 10005
Tel: (212) 416-6185/8906
Jeb.Harben@ag.ny.gov
Deanna.Collins@ag.ny.gov

4

**SO STIPULATED AND AGREED:**

Dated: April ___, 2020                              Cravath, Swaine & Moore LLP
                                                    Counsel for Plaintiffs

                                              By:   _____
                                                    Antony L. Ryan
                                                    Damaris Hernández
                                                    Worldwide Plaza
                                                    825 Eighth Avenue
                                                    New York, NY 10019
                                                    Tel: (212) 474-1000
                                                    aryan@cravath.com
                                                    dhernandez@cravath.com

Dated: April ___, 2020                        By:   _____
                                                    Issa Kohler-Hausmann
                                                    127 Wall Street
                                                    New Haven, CT 06511
                                                    (347) 856-6376
                                                    Issa.kohler-hausmann@yale.edu

Dated: April ___, 2020                        By:   _____
                                                    Avery Gilbert
                                                    15 Shatzell Avenue
                                                    Rhinecliff, NY 12574
                                                    (845) 380-6265
                                                    avery@agilbertlaw.com

Dated: April 24, 2020                               LETITIA JAMES
                                                    Attorney General, State of New York
                                                    Counsel for Defendants

                                              By:   _____
                                                    Jeb Harben
                                                    Deanna L. Collins
                                                    Assistant Attorneys General
                                                    28 Liberty Street, 18th Floor
                                                    New York, NY 10005
                                                    Tel: (212) 416-6185/8906
                                                    Jeb.Harben@ag.ny.gov
                                                    Deanna.Collins@ag.ny.gov

4

Case 7:18-cv-02468-VB Document 154 Filed 04/29/20 Page 8 of 8

| | |
|---|---|
| Dated: April \_\_\_, 2020 | McDowell Hetherington LLP<br>Counsel for Northpointe Inc.<br><br>By: _____<br>Matt Matthews<br>First City Tower<br>1001 Fannin St #2700<br>Houston, TX 77002<br>Tel: (713) 337-8879<br>matt.matthews@mhllp.com |

**SO ORDERED**
Dated: 4/29/2020

_____
Hon. Vincent Briccetti
U.S.D.J

5