# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS FLORES, LAWRENCE BARTLEY, DEMETRIUS BENNETT, L'MANI DELIMA, EDGARDO LEBRON, ANTONIO ROMAN, DONTAE QUINONES and SHAROD LOGAN, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>-against-<br><br>TINA M. STANFORD, as Chairwoman of the New York State Board of Parole; WALTER W. SMITH, as Commissioner of the New York State Board of Parole; JOSEPH P. CRANGLE, as Commissioner of the New York State Board of Parole; ELLEN E. ALEXANDER, as Commissioner of the New York State Board of Parole; MARC COPPOLA, as Commissioner of the New York State Board of Parole; TANA AGOSTINI, as Commissioner of the New York State Board of Parole; CHARLES DAVIS, as Commissioner of the New York State Board of Parole; ERIK BERLINER, as Commissioner of the New York State Board of Parole; OTIS CRUSE, as Commissioner of the New York State Board of Parole; TYECE DRAKE, as Commissioner of the New York State Board of Parole; CARYNE DEMOSTHENES, as Commissioner of the New York State Board of Parole; MICHAEL CORLEY, as Commissioner of the New York State Board of Parole; CHANWOO LEE, as Commissioner of the New York State Board of Parole; SHEILA SAMUELS, as Commissioner of the New York State Board of Parole; ELSIE SEGARRA, as Commissioner of the New York State Board of Parole; and CARLTON MITCHELL, as Commissioner of the New York State Board of Parole,<br><br>                              Defendants. | No. 18-CV-02468 (VB)(JCM)<br><br>**ORDER DIRECTING ANDREA EVANS TO APPEAR AT DEPOSITION** |

WHEREAS, on November 9, 2021, Plaintiffs served Andrea Evans with a subpoena to testify at a deposition to take place on December 15, 2021, at 9 A.M.;

WHEREAS Andrea Evans failed to appear for the deposition or to otherwise communicate with Plaintiffs' counsel in response to her subpoena; and

WHEREAS failure to obey a subpoena commanding attendance at a deposition is a violation of federal law subject to contempt of court;

**IT IS HEREBY ORDERED** that Andrea Evans appear for a deposition on January 13, 2022, the time and manner of which shall be provided by Plaintiffs' counsel prior to the start of the deposition.

Dated: December 29, 2021
       White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge

2