UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CARLOS FLORES, LAWRENCE BARTLEY, :
ANTONIO ROMAN, DEMETRIUS :
BENNETT, VINTARRA MARTIN, and :
TERRANCE ANDERSON, on behalf of :
themselves and all others similarly situated, :
                Plaintiffs, :
v. :
 :
TINA M. STANFORD, as Chairwoman of the :
New York State Board of Parole; and WALTER :
W. SMITH, JOSEPH P. CRANGLE, MARC :
COPPOLA, TANA AGOSTINI, CHARLES :
DAVIS, CAROL SHAPIRO, ERIK :
BERLINER, OTIS CRUSE, CARYNE :
DEMOSTHENES, MICHAEL CORLEY, :
SHEILA SAMUELS, ELSIE SEGARRA, :
CARLTON MITCHELL, TYECE DRAKE, and :
CHANWOO LEE, as Chairwoman of the New :
York State Board of Parole, :
                Defendants. :
--------------------------------------------------------------x

2/2/23

**ORDER**

18 CV 2468 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. Counsel shall discuss settlement in good faith. By **March 2, 2023**, counsel for defendants shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

2. In the interest of efficient case management, plaintiffs' motion for class certification (Doc. #289) is DENIED WITHOUT PREJUDICE to renewal, if appropriate, after the Court addresses defendants' anticipated motion for summary judgment.

3. Defendants' motion for summary judgment, if any, is due **May 2, 2023**.

4. Plaintiffs' opposition is due **June 16, 2023**.

5. Defendants' reply is due **July 14, 2023**.

6. Defense counsel's request to submit a brief in excess of 25 pages is premature and is therefore DENIED WITHOUT PREJUDICE to renewal at a later date, for good cause.

7. The Clerk is instructed to terminate the class certification motion. (Doc. #289).

Dated: February 2, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge