

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETICIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

May 30, 2023

**Via ECF**
The Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas St.
White Plains, NY 10601

Re: Flores v. Stanford, et al., 18 Civ. 2468 (VB)(JCM)

Dear Judge Briccetti:

The parties agree to the use of a privately agreed upon mediator rather than a mediator from the S.D.N.Y. mediation panel. The parties are still discussing the choice of mediator.

We thank the Court for its considerations in this matter.

Respectfully submitted,

*/s/Jeb Harben*
Assistant Attorney General
(212) 416-6185
Jeb.harben@ag.ny.gov

cc: Plaintiffs' Counsel (Via ECF)