

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 17, 2025

The Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: <u>Flores v. Stanford, et al.</u>, 18 Civ. 2468 (VB)(JCM)

Dear Judge Briccetti:

This Office represents the Defendants in this action. I write with Plaintiffs' counsel's consent to seek permission to submit the joint settlement status report currently due April 18, 2025 (*see* ECF 357) via e-mail in camera because the status letter goes into very specific detail about measures that are being negotiated as part of the anticipated settlement in this action, as well as the negotiations in general, that have been, to date, confidential. While prior publicly filed letters have made very general references to some issues that are being negotiated, the last letter to the Court that went into similar levels of detail regarding settlement discussions was submitted to the Court *in camera* with the Court's permission (*see* ECF 313-314 re: March 3, 2023 joint letter).

The parties thank the Court for its consideration in this matter.

Respectfully Submitted,

/s/    *Jeb Harben*
Assistant Attorney General
(212) 416-6185
Jeb.harben@ag.ny.gov

cc:    Plaintiffs' Counsel (Via ECF)