# CRAVATH

Antony L. Ryan
Aryan@cravath.com
+1-212-474-1296
New York

June 17, 2025

<u>Flores v. Stanford, et al.</u>, 18 Civ. 2468 (VB) (JCM)

Dear Judge Briccetti:

Plaintiffs write seeking permission to submit an *in camera* letter by close of business tomorrow, June 18, 2025, in response to Defendants' *in camera* submission, sent to Your Honor's chambers via email earlier today.  Plaintiffs' submission would address only the point in Defendants' letter regarding the appearance of a conflict of interest.

Respectfully,

Antony L. Ryan

The Honorable Vincent L. Briccetti
    United States District Judge
        300 Quarropas St.
            White Plains, NY 10601

Copy to:

Jeb Harben, Esq.
    New York State Office of the Attorney General
        28 Liberty Street
            New York, NY 10005

VIA ECF

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
100 Cheapside
London, EC2V 6DT
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP