UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

CARLOS FLORES, LAWRENCE BARTLEY,        :
DEMETRIUS BENNETT, L'MANI DELIMA,       :
EDGARDO LEBRON, ANTONIO ROMAN,          :
DONTAE QUINONES and SHAROD LOGAN, on    :
behalf of themselves and all others similarly situated, :

               Plaintiffs,                :

               -against-                  :
                                          :
TINA M. STANFORD, as Chairwoman of the New :
York State Board of Parole; WALTER W. SMITH, as :
Commissioner of the New York State Board of Parole; :
JOSEPH P. CRANGLE, as Commissioner of the New :

York State Board of Parole; ELLEN E. ALEXANDER,:
as Commissioner of the New York State Board of :
Parole; MARC COPPOLA, as Commissioner of the :
New York State Board of Parole; TANA AGOSTINI, :
as Commissioner of the New York State Board of :
Parole; CHARLES DAVIS, as Commissioner of the :
New York State Board of Parole; ERIK BERLINER, as:
Commissioner of the New York State Board of Parole; :
OTIS CRUSE, as Commissioner of the New York State:
Board of Parole; TYECE DRAKE, as Commissioner of:
the New York State Board of Parole; CARYNE :
DEMOSTHENES, as Commissioner of the New York :
State Board of Parole; MICHAEL CORLEY, as :
Commissioner of the New York State Board of Parole; :
CHANWOO LEE, as Commissioner of the New York :
State Board of Parole; SHEILA SAMUELS, as :
Commissioner of the New York State Board of Parole; :
ELSIE SEGARRA, as Commissioner of the New York :
State Board of Parole; and CARLTON MITCHELL, as :
Commissioner of the New York State Board of Parole, :
                                          :
               Defendants.                :

--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-5-26

18-cv-2468(VB)(JCM)

THIRD SUPPLEMENTAL
STIPULATION OF
CONFIDENTIALITY AND
~~PROPOSED~~ PROTECTIVE ORDER
WITH NORTHPOINTE INC.

WHEREAS, in March 2020, Plaintiffs and Defendants agreed upon a Stipulation of

Confidentiality and Proposed Protective Order, which permits them, in producing materials in the

course of this action, to designate documents and information as Confidential or Highly

Confidential Material subject to certain rights, protections, and constraints;

WHEREAS paragraph 23 of the Stipulation of Confidentiality and Proposed Protective Order provides that the parties may "separately negotiat[e] and agree[] in writing to the confidential treatment of documents not contemplated by" the Protective Order;

WHEREAS, in April 2020, Plaintiffs, Defendants, and non-party Northpointe agreed upon a Supplemental Stipulation of Confidentiality and Protective Order with Northpointe Inc.; and

WHEREAS, in February 2021, Plaintiffs, Defendants, and non-party Northpointe agreed upon a Second Supplemental Stipulation of Confidentiality and Protective Order with Northpointe Inc. to cover certain documents referred to therein as the "Compelled Materials";

WHEREAS, in September 2025, non-party Northpointe agreed to the production of additional Confidential materials, including an August 2025 Validation Study, to Plaintiffs provided that they would be considered "Compelled Materials" under the Second Supplemental Stipulation of Confidentiality and Protective Order;

WHEREAS, Plaintiffs now wish to provide the 2025 Validation Study to their testifying expert Dr. Cynthia Rudin;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The parties and non-party Northpointe agree that this Third Supplement to Stipulation of Confidentiality and Protective Order Regarding Northpointe shall govern Plaintiffs' provision of the August 2025 Validation Study to Plaintiffs' testifying expert Dr. Cynthia Rudin.

2. All provisions herein are in addition to those already in full effect and force governing the August 2025 Validation Study as reflected in the Stipulation of Confidentiality and Protective Order, Supplemental Stipulation of Confidentiality and Protective Order with Northpointe Inc., and/or the Second Supplemental Stipulation of Confidentiality and Protective Order with Northpointe Inc. Nothing contained herein shall limit or otherwise affect those Stipulations and Orders.

3.      Dr. Rudin is prohibited from sharing, discussing, or otherwise commenting on the August 2025 Validation Study or their contents with any persons except Plaintiffs' attorneys.

4.      Plaintiffs' counsel will provide the August 2025 Validation Study to Dr. Rudin in hard-copy form only. Dr. Rudin may not copy, scan, or otherwise duplicate or manipulate the single hard copy of the August 2025 Validation Study in any manner.

5.      The Parties shall include counsel for Northpointe, Michael D. Matthews, Jr., on any correspondence discussing the scheduling of Dr. Rudin's deposition or any other testimony she may be called upon to provide in this case. Counsel for Northpointe has a right to attend any such deposition or other testimony provided by Dr. Rudin.

6.      Upon conclusion of this case, or upon the conclusion of Dr. Rudin's retention in this case, Dr. Rudin must immediately return the single hard copy of the August 2025 Validation Study to Plaintiffs' counsel. Plaintiffs' counsel shall return the single hard copy to counsel for Northpointe within five (5) business days of resolution of the case.

**SO STIPULATED AND AGREED:**

Dated: November 19, 2025

McDowell Hetherington LLP
Counsel for Northpointe Inc.

By:      _____
Matt Matthews
1001 Fannin St #2700
Houston, TX 77002
Tel: (713) 337-8879
matt.matthews@mhllp.com

Dated: January __2__, 2026

                                            Cravath, Swaine & Moore LLP
                                            Counsel for Plaintiffs

By:   *Antony L Ryan*

                                              Antony L. Ryan
                                            Two Manhattan West
                                            375 Ninth Avenue
                                            New York, NY 10001
                                            Tel: (212) 474-1000
                                            aryan@cravath.com

                                            LETITIA JAMES
                                            Attorney General, State of New York
Dated: December __9__, 2025                       Counsel for Defendants

By:                        

                                            Jeb Harben
                                            Assistant Attorneys General
                                            28 Liberty Street, 18th Floor
                                            New York, NY 10005
                                            Tel: (212) 416-6185/8906
                                            Jeb.Harben@ag.ny.gov

**SO ORDERED:**
Dated: 1/5/2026

~~Hon. Judith C. McCarthy~~ Hon. Vincent L. Briccetti
~~United States Magistrate Judge~~ U.S. D.J.

## CERTIFICATION BY DR. CYNTHIA RUDIN

I certify my understanding that the August 2025 Validation Study being provided to me is Highly Confidential Discovery Material pursuant to the terms and restrictions of the above Third Supplemental Stipulation of Confidentiality and Protective Order in *Flores et al. v. Stanford et al.*, 18-cv-22468(VB)(JBM), currently pending in the United States District Court for the Southern District of New York. I further certify that I have read the foregoing Third Supplemental Stipulation of Confidentiality and Protective Order, Second Supplemental Stipulation of Confidentiality and Protective Order, first Supplemental Stipulation of Confidentiality and Protective Order, and the original Stipulation of Confidentiality and Protective Order (collectively, the "Governing Stipulations and Protective Orders") and agree to be bound by them.

I understand that all provisions in the Governing Stipulations and Protective Orders restricting the communication or use of the August 2025 Validation Study shall continue to be binding on me during the pendency and after the conclusion of this action. I further understand and agree that, as a result of agreeing to be bound by the Governing Stipulations and Protective Orders, I am subject to the jurisdiction of the United States District Court for the Southern District of New York for the purposes of enforcing or otherwise providing relief related to these Stipulations and Orders.

Dated: December 8, 2025

Cynthia Rudin
Dr. Cynthia Rudin