**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

March 25, 2026

Via ECF
The Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: Flores v. Stanford, et al., 18 Civ. 2468 (VB)(JCM)

Dear Judge Briccetti:

This Office represents the Defendants in this action. Pursuant to the Court's January 23, 2026 Order (ECF No. 379), we write to update the Court on the status of settlement negotiations. Plaintiffs' counsel has reviewed and approved the content of this letter.

After significant negotiations, this afternoon Plaintiffs' counsel provided a revised draft of the proposed settlement agreement. Based on our preliminary review, in substance, the parties are extremely close to settlement, but the Board (including the Chair, who was not available this afternoon) needs time to review the agreement and get all necessary final approvals, including from the Chamber.

We thank the Court for its consideration in this matter.

Respectfully Submitted,

*/s/ Jeb Harben*
Assistant Attorney General
(212) 416-6185
Jeb.harben@ag.ny.gov

cc: Plaintiffs' Counsel (Via ECF)