**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

March 31, 2026

Via ECF
The Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: Flores v. Stanford, et al., 18 Civ. 2468 (VB)(JCM)

Dear Judge Briccetti:

This Office represents the Defendants in this action. Pursuant to the Court's March 26, 2026 Order (ECF No. 382), the parties write jointly to respectfully request that the status conference currently scheduled for April 1, 2026 be adjourned until a day in the second or third week of June. As described in the parties' joint letter filed March 25, 2025 (ECF No. 381), the parties have made significant progress in their settlement discussions and believe that additional time is required to finalize an agreement and get the necessary approvals.

I apologize for the late filing of this request. When Plaintiffs' counsel raised their interest in an adjournment yesterday afternoon, I was dealing with family medical issues that carried over into this morning and the language of the request was not finalized until now.

We thank the Court for its consideration in this matter.

Respectfully Submitted,

*/s/ Jeb Harben*
Assistant Attorney General
(212) 416-6185
Jeb.harben@ag.ny.gov

cc: Plaintiffs' Counsel (Via ECF)